UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRANCH BANKING AND TRUST COMPANY, )
a North Carolina banking corporation, )
                      Plaintiff, )    Case No.  2:12-cv-01298-JAD-GWF

vs. )    **ORDER**

FELICIANO ROSSAL, *et al.*, )    Motion to Stay Discovery (#20);
                      Defendants. )    Motion to Shorten Time (#21)

       This matter comes before the Court on Defendants' Motion to Stay Discovery (#20) and Ex Parte Motion for Order Shortening Time (#21), both filed on October 14, 2013. Defendants seek a stay in and subsequent extension of the discovery deadlines in this case. The Court will hear the Motion (#20) on an expedited basis, and stay discovery pending a decision on the Motion (#20).

       Defendants also filed an Ex Parte Motion (#21) for an expedited briefing schedule on the Motion to Stay (#20). An *ex parte* motion or application is one that is filed with the Court, but is not served upon the opposing or other parties. *See* Local Rule 7-5(a). All *ex parte* motions must contain a statement showing good cause why the matter was submitted to the Court without notice to all parties. *See* Local Rule 7-5(b). *Ex parte* and emergency motions are distinct. Motions may be submitted *ex parte* only for compelling reasons, and not for emergency motions. *See* Local Rule 7-5(b). Emergency motions must be so titled, must state the nature of the emergency, and must certify that good-faith efforts were made to resolve the dispute without Court action. *See* Local Rule 7-5(d)(1)-(3). Defendants are instructed to adhere to the different rules governing these distinct motions in further filings with the Court. Accordingly,

...

**IT IS HEREBY ORDERED** that Plaintiff shall have until **Wednesday, October 23, 2013** to file any response to Defendants' Motion to Stay (#20).  Defendants shall have until **Monday, October 28, 2013** to file any reply.  The Court shall conduct a hearing on the Motion (#20) on **Thursday, October 31, 2013 at 9:30 AM** in Las Vegas Courtroom 3A.

**IT IS FURTHER ORDERED** that Defendants' Motion for Order Shortening Time (#21) is **denied** as moot.

DATED this 16th day of October, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge