# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BRANCH BANKING AND TRUST COMPANY,
a North Carolina banking corporation,

        Plaintiff,

vs.

FELICIANO ROSSAL, *et al.*,

        Defendants.

Case No.  2:12-cv-01298-JAD-GWF

**ORDER**

      This matter comes before the Court on Defendants' Motion to Stay (#20), filed on October 14, 2013.  Plaintiff filed an Opposition (#25) on October 23, 2013.  Defendants filed a Reply (#28) on October 28, 2013.  The Court conducted a hearing on the Motion on October 31, 2013.  For the reasons stated on the record at the hearing,

      **IT IS HEREBY ORDERED** that Defendants' Motion to Stay (#20) is **denied**.

      **IT IS FURTHER ORDERED** that Defendant's alternative request to extend the discovery deadlines is **granted** as follows:

      (1)    The last day to disclose rebuttal experts shall be **December 16, 2013**;

      (2)    The last day to complete discovery shall be **January 16, 2014**;

      (3)    The last day to file dispositive motions shall be **February 17, 2014**;

...

...

...

...

...

(4)   The last day to file the joint pretrial order shall be **March 15, 2014**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 20 days after decision on the dispositive motions.

DATED this 31st day of October, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge