# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>FELICIANO ROSSAL, *et al.*,<br><br>            Defendants. | Case No.  2:12-cv-01298-JAD-GWF |

This matter is before the Court on Cohen-Johnson, LLC's Motion to Withdraw as Counsel of Record for Defendants (#46) filed March 27, 2014.  Brian Morris and Stan Johnson and the law firm Cohen-Johnson, LLC seek to withdraw as counsel of record for Defendants Feliciano Rossal, Onelia Rossal and Chanos' Landscaping, Inc.  To date, Defendants have not filed oppositions to this motion, and the time for opposition has now expired.  Movants substantially establish good cause for the withdrawal.  Accordingly,

**IT IS HEREBY ORDERED** that Cohen-Johnson, LLC's Motion to Withdraw as Counsel of Record for Defendants (#46) is **granted** and that the hearing scheduled for April 11, 2014 at 9:30 a.m. regarding this Motion is **vacated**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Defendants with a copy of this order at the defendant's last known address:

   Feliciano Rossal
   7735 Dean Martin Drive
   Las Vegas, NV 89139

   Feliciano Rossal
   7735 Industrial Road
   Las Vegas, NV 89139

Onelia Rossal
7735 Dean Martin Drive
Las Vegas, NV 89139

Onelia Rossal
1462 Marion Drive
Las Vegas, NV 89110

Chano's Landscaping, Inc.
c/o Feliciano Rossal and Onelia Rossal
7735 Dean Martin Drive
Las Vegas, NV 89139

Chano's Landscaping, Inc.
c/o Feliciano Rossal and Onelia Rossal
3111 S. Valley View Blvd., Suite B213
Las Vegas, NV 89102

**IT IS FURTHER ORDERED** that the Clerk shall add the last known address of Defendants to the civil docket.

**IT IS FURTHER ORDERED** that Defendant Chano's Landscaping, Inc. shall have until **April 25, 2014** to retain new counsel.  A corporation may appear in federal court only through licensed counsel.  *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).  If Defendant corporation intends to continue to defend this matter, it is required to obtain legal counsel.

**IT IS FURTHER ORDERED** that henceforth Defendants shall serve upon Plaintiff or, if appearance has been entered by counsel, upon the attorney(s), a copy of every pleading, motion or other document submitted for consideration by the court.  Defendants shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the plaintiff or counsel for the plaintiff.  The court may disregard any paper received by a district judge or magistrate judge which has not been filed with the Clerk, and any paper received by a district judge, magistrate judge or the Clerk which fails to include a certificate of service.

DATED this 10th day of April, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge