UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>FELICIANO ROSSAL, an individual; ONELIA ROSSAL, an individual; CHANO'S LANDSCAPING, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:12-cv-01298-MMD-GWF<br><br>ORDER |

The Court has reviewed Plaintiff's Status Report. (Dkt. no. 61.) This action is stayed with respect to Defendants Feliciano Rossal and Chanos Landscaping Inc. in light of the application of the automatic stay under 11 U.S.C. § 362. The action is not stayed with respect to Defendant Onelia Rossal. Plaintiff has moved for summary judgment, which Onelia Rossal has not opposed. The Court extends additional time, up to August 6, 2014, for Defendant Onelia Rossal to file her response to Plaintiff's motion for summary judgment (dkt. no. 39).

DATED THIS 21st day of July 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE