Jeremy J. Nork
Nevada Bar No. 4017
Frank Z. LaForge
Nevada Bar No. 12246
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone:  (775) 327-3000
Facsimile:  (775) 786-6179
jnork@hollandhart.com
fzlaforge@hollandhart.com

*Attorneys for Plaintiff*

**UNITED STATE DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation, | CASE NO. 2:12-cv-01298-MMD-GWF |
| Plaintiff, | **[PROPOSED]** **ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES [DKT. #78]** |
| v. | |
| FELICIANO ROSSAL, an individual; ONELIA ROSSAL, an individual; CHANO'S LANDSCAPING, INC., and DOES 1 through 10, inclusive. | |
| Defendants. | |

HOLLAND & HART LLP
5441 KIETZKE LANE
SECOND FLOOR
RENO, NEVADA 89511

Plaintiff Branch Banking And Trust Company's Motion For Attorney's Fees was brought before this Court  on December 7, 2015.  Defendants failed to respond by the due date of December 24, 2015.

The Court having read the instant Motion and agrees with Plaintiff's argument that it is entitled to an award of attorney's fees under the promissory note and that the amount of attorney's fees is reasonable,

IT IS HEREBY ORDERED that Plaintiff's Motion For Attorney's Fees is granted and that Plaintiff is entitled to fees in the amount of $60,935.65.

_____
UNITED STATES DISTRICT JUDGE
DATED:  September 26, 2016